ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ADAM BARKL (CABN 349601)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3927
   FAX: (510) 637-3724
   adam.barkl@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:18-CR-00511 HSG-4 (KAW) |
| Plaintiff, | DETENTION ORDER |
| v. | |
| MALIK JACKSON, | |
| Defendant. | |

On November 12, 2019, the defendant, Malik Jackson, was sentenced to 60 months' custody and three years' supervised release for committing two Class C felonies: possession of an unregistered firearm in violation of 26 U.S.C. § 5861(d)(2); and being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

On June 2, 2023, U.S. Probation filed a Form 12 petition charging the defendant with violating the terms of his supervised release. Dkt. No. 327. The Form 12 charges the defendant with having committed another federal, state, or local crime (charge one); and communicating or interacting with someone the defendant knew was engaged in criminal activity and/or communicating or interacting with a person the defendant knew was a convicted felon (charge two). On August 1, 2023, the defendant

appeared before the undersigned for a detention hearing on the Form 12 petition.  The government moved for detention.  The government, the defendant, represented by counsel, and probation made proffers regarding detention.

The defendant bears the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to the community if released pending his revocation hearing.  Fed. R. Crim. P. 32.1(a)(6).  Upon consideration of the facts, the proffers presented, and for the reasons stated on the record, the Court finds that the defendant has not met his burden of establishing that he will not pose a danger to the community if released.

Accordingly, the Court orders the defendant detained pending the resolution of the Form 12 petition.

Pursuant to 18 U.S.C. § 3143, IT IS ORDERED THAT:

1. The defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

This Order is without prejudice to reconsideration at a later date if circumstances change.

IT IS SO ORDERED.

DATED: August 8, 2023

HON. KANDIS A. WESTMORE
United States Magistrate Judge